IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA CHRISTINE RUDY and WILLIAM TROY RUDY,<br>　　　　　　　　　Plaintiffs, | )<br>)<br>)<br>) | |
| vs. | )<br>) | Civil Action No. 3:20-cv-56<br>Judge Stephanie L. Haines |
| CALDERA MEDICAL, INC., | )<br>) | |
| 　　　　　　　　　Defendant. | )<br>) | |

## ORDER

AND NOW, this 4th day of May, 2022, the Court having been advised by the parties that an agreement has been reached on the principal terms of settlement in this case, and with no further action being required by the Court at this time, the following order is entered:

IT IS ORDERED that the Clerk shall remove this case from the docket for administrative purposes. Nothing contained in this order shall be construed as a final dismissal or disposition of this case and, should further proceedings in it become necessary, the case shall be reinstated to the docket upon written request of either party. Jurisdiction is retained over the completion and enforcement of settlement. The parties are directed to file the appropriate dismissal under Fed. R. Civ. P. 41 upon final resolution of this matter.

Stephanie L. Haines
United States District Judge

cc/ecf: All counsel of record